# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

LAURIE A. MALARK

          V.          CASE NUMBER: 1:06-CV-700(VEB)

COMMISSIONER OF SOCIAL SECURITY

| | |
|---|---|
| **[ ]** | **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **[XX]** | **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF, pursuant to the Memorandum-Decision and Order of the Hon. Victor E. Bianchini filed on April 22, 2008.

DATED:   April 22, 2008

_(signature)_
Clerk of Court

LKB:lmp